UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-20499-JLK/DAMIAN

RICHARD RALPH MALCOLM,

    Plaintiff,

v.

CITY OF MIAMI and SERGEANT SAMPSON,

    Defendants.
_____/

## ORDER DENYING OBJECTIONS TO REPORT AND RECOMMENDATION

THIS MATTER comes before the Court upon Plaintiff's *pro se* Objections (DE 6), filed on March 15, 2021, to Magistrate Judge Melissa Damian's Report and Recommendation ("R&R") (DE 5), entered March 7, 2022.

Plaintiff's objections were timely filed within the applicable 14-day period. Plaintiff, in his objections, attempts to improperly raise facts not included in his *pro se* Complaint (DE 1). Furthermore, upon performing a *de novo* review of the record and after careful consideration, the Court finds that Magistrate Judge Damian's well-reasoned R&R (DE 5) accurately states the facts and law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Defendant's Objections to Magistrate Judge Damian's Report and Recommendation **(DE 6)** be, and the same are, hereby **DENIED;**

2. Magistrate Judge Melissa Damian's March 7, 2022 Report and Recommendation **(DE 5)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

3. Plaintiff's *pro se* Complaint **(DE 1)** is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)–(iii); and

4. All pending motions, including **(DE 7)**, are hereby **DENIED AS MOOT.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of March, 2022.

                                         JAMES LAWRENCE KING
                                         UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Melissa Damian
        All counsel of record
        Clerk of Court

        Richard Ralph Malcolm, *pro se*
        P.O. Box 278204
        Miramar, FL 33027